PROB 12C
(6/16)

Report Date: November 30, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: James Dale Midwell | Case Number: 0980 2:07CR00170-FVS-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 28, 2008

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: | Prison - 95 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie Joyce Lister |
| | Date Supervision Commenced: August 22, 2014 |
| Defense Attorney: | Federal Defenders office |
| | Date Supervision Expires: Life |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: James Midwell failed to obey all laws by driving under the influence of alcohol on November 17, 2018.<br><br>According to the Kootenai County Sheriff's Office incident report number 18-49633, on November 17, 2018, Coeur d'Alene Tribal Police and a Kootenai County deputy were called to a non-injury collision in the parking lot of the Coeur d'Alene Casino, as a vehicle was stuck on a flower bed in the parking lot. Upon contact with the driver, later identified as James Midwell, a strong odor of an alcoholic beverage was observed coming from Mr. Midwell's breath and person. Mr. Midwell admitted to the officer that he had consumed alcohol. Mr. Midwell submitted to a Breathalyzer test. His blood alcohol content measured at .158, almost two times the legal limit of .08. Mr. Midwell was arrested for driving under the influence of alcohol and was booked into the Kootenai County Jail.<br><br>On August 22, 2014, James Midwell signed his judgment for case number 2:07CR00170-FVS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Midwell was made aware by his U.S. probation officer that he  must comply with all federal, state, and local laws. |

Prob12C
**Re: Midwell, James Dale**
**November 30, 2018**
Page 2

    2    **Special Condition # 24**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: James Midwell failed to abstain from alcohol on November 17, 2018.

According to the Kootenai County Sheriff's Office incident report number 18-49633, on November 17, 2018, Coeur d'Alene Tribal Police and a Kootenai County deputy were called to a non-injury collision in the parking lot of the Coeur d'Alene Casino, as a vehicle was stuck on a flower bed in the parking lot. Upon contact with the driver, later identified as James Midwell, a strong odor of an alcoholic beverage was observed coming from Mr. Midwell's breath and person. Mr. Midwell admitted to the officer that he had consumed alcohol. Mr. Midwell submitted to a Breathalyzer test. His blood alcohol content measured at .158, almost two times the legal limit of .08.

On August 22, 2014, James Midwell signed his judgment for case number 2:07CR00170-FVS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Midwell was made aware by his U.S. probation officer that he must abstain from the use of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/30/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

November 30, 2018
Date