PROB 12C
(6/16)

Report Date: April 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dale Midwell                 Case Number: 0980 2:07CR00170-MKD-1

Address of Offender: ███████████████ , Hector, Arkansas 72843

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 28, 2008

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison - 95 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: August 22, 2014 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons.

On August 22, 2014, a United States probation officer reviewed a copy of the conditions of supervision with Mr. Midwell as outlined in the judgment and sentence. Mr. Midwell acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Midwell allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically methamphetamine, on or about November 28, 2023.<br><br>On November 28, 2023, Mr. Midwell provided a urine sample that tested positive for methamphetamine. Alere toxicology confirmed Mr. Midwell's urine sample tested positive for methamphetamine on December 20, 2023. Despite the positive test result, Mr. Midwell denies any recent drug use. |
| 2 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

Prob12C
**Re: Midwell, James Dale**
**April 22, 2024**
Page 2

**Supporting Evidence**: Mr. Midwell allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically methamphetamine, on or about March 28, 2024.

On March 28, 2024, Mr. Midwell provided a urine sample that tested positive for methamphetamine. Alere toxicology confirmed Mr. Midwell's urine sample tested positive for methamphetamine on April 11, 2024. Despite the positive test result, Mr. Midwell denies any recent drug use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/22/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer
4/22/2024
Date