PROB 12C  
(6/16)

Report Date: June 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Dale Midwell | Case Number: 0980 2:07CR00170-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Hector, Arkansas 72843 | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge  
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 28, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 95 months<br>TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: | August 22, 2014 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | Life |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/22/2024.

On August 22, 2014, a United States probation officer reviewed a copy of the conditions of supervision with Mr. Midwell as outlined in the judgment and sentence. Mr. Midwell acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Midwell allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically methamphetamine, on or about June 4, 2024.<br><br>On June 5, 2024, Mr. Midwell was instructed to report to the U.S. Probation Office for a random urinalysis. Mr. Midwell provided a urine sample that tested presumptive positive for methamphetamine. Additionally, Mr. Midwell signed an admission of use form, confirming his use of controlled substance on or about June 4, 2024. The sample was sent to Alere Laboratory for confirmation. At the time of this petition, the results of his sample remain pending. |

Prob12C
**Re: Midwell, James Dale**
**June 6, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/06/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signatures of Judicial Officer
6/6/2024

Date